# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **ALAN GROCHOWSKI, SR.,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**RESORT LEGAL SERVICE, LLC,**<br><br>*Defendant.* | Case No. 4:22-cv-01378-SEP<br><br>**CLASS ACTION** |

## PLAINTIFF'S MOTION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff Alan Grochowski, Sr. hereby respectfully moves to dismiss this action without prejudice, with each party to bear its own attorneys' fees and costs.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, after an answer has been filed, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

"District courts have broad discretion to determine whether to allow a voluntary dismissal under Rule 41(a)(2), although it is clear that in most instances a dismissal without prejudice should be granted." *Jackson v. Nationwide Mut. Fire Ins. Co. of Am.*, No. 1:12-cv-2850-WSD, 2013 U.S. Dist. LEXIS 168569, at *2 (N.D. Ga. Nov. 27, 2013) (granting plaintiff's motion for voluntary dismissal without prejudice after the close of discovery where defendant's motion for summary judgment was filed after the request to dismiss, finding that defendant would not suffer prejudice from the dismissal).

Here, Defendant's counsel withdrew, and Defendant has not obtained substitute counsel. There are no pending motions. Defendant will not be prejudiced by the dismissal of this action

without prejudice. The Court should therefore grant Plaintiff's request for dismissal of this action without prejudice.

DATED this 19th day of June, 2023. Respectfully submitted,

/s/ Avi R. Kaufman

Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Attorneys for Plaintiff and the putative classes*

2